IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEROME COAST, JR., | : |
|       Plaintiff, | : |
| v. | : Case No. 5:24-cv-309-MTT-AGH |
| ANISNE ASANIE, *et al.*, | : |
|       Defendants. | : |

## **ORDER**

On April 2, 2025, Plaintiff filed a motion seeking a court order that provides him with more telephone privileges (ECF No. 18). In support, Plaintiff contends that this matter is complex, so he needs additional phone time to get legal assistance for his case and so he can obtain money to pay the filing fee. Pl.'s Mot. for Court Order 1, ECF No. 18. Plaintiff states that he is currently permitted four (4) phone calls per month. *Id.* He also indicates that he needs to know how to send the money to the Court for the filing fee. *Id.* at 1-2. For the following reasons, Plaintiff's motion is denied.

First, Plaintiff admits he already is allowed four (4) phone calls per month. Other than a conclusory statement that this matter is complex, Plaintiff provides no evidence to show that these currently allotted phone calls are insufficient for him to litigate his action. At this point, Plaintiff has adequately presented his claims such that the Court directed service on Defendants. *See* Order & R., Feb. 18, 2025, ECF No. 13. Plaintiff also does not allege that he has been denied access to his monthly

allotted phone calls or denied access to the Court.

Second, as the Court found when it denied Plaintiff's motion to appoint counsel, Plaintiff has sufficiently set forth his factual allegations and it does not appear that this matter is complex, contrary to Plaintiff's allegations. *See* Order & R. 3, Feb. 18, 2025, ECF No. 13. Further, Defendant has filed an Answer (ECF No. 21), but there are no pending motions against which Plaintiff must defend or respond.

To the extent that Plaintiff expresses concern about paying the filing fee, the Court waived the initial partial filing fee, and the matter is proceeding without the payment of said fee. Order & R. 1-2, Feb. 18, 2025. If Plaintiff believes that he has funds available that should be remitted to the Court, he should refer to the Court's order granting him leave to proceed *in forma pauperis*. *See* Order, Oct. 31, 2024, ECF No. 7.

Plaintiff's motion seeking a court order that provides him with more telephone privileges (ECF No. 18) is **DENIED**.

**SO ORDERED**, this 7th day of May, 2025.

                                         s/ *Amelia G. Helmick*
                                       UNITED STATES MAGISTRATE JUDGE