IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JEROME COAST, JR,                         *

        Plaintiff,                     *

v.                                          Case No.  5:24-cv-00309-MTT-AGH

                                                            *

ANSINE ASANIE et al,                      *

        Defendants.                     *

_____   *

**J U D G M E N T**

Pursuant to this Court's Order dated 4/20/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 21st day of April, 2026.

                David W. Bunt, Clerk


                s/ Raven K. Alston, Deputy Clerk